August 16, 1966

Appel Unemployment Compensation Case.

Argued June 17, 1966. *Florence Appel,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

MONTGOMERY and HOFFMAN, JJ., would reverse and remand for a hearing on the question of appellant's physical condition and ability to work.